AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| Miami Fourth Estate, Inc., | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 1:25-cv-22838 |
| Village of Key Biscayne, and Steve Williamson, Village Manager, in his official capacity, | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Steve Williamson
88 West McIntyre Street
Key Biscayne, FL 33149

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Rachel E. Fugate
Shullman Fugate PLLC
100 South Ashley Drive, Suite 600
Tampa, FL 33602
(813) 935-5098
rfugate@shullmanfugate.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date: Jun 25, 2025

Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Micky Quezada*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| Miami Fourth Estate, Inc., | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 1:25-cv-22838 |
| Village of Key Biscayne, and Steve Williamson, Village Manager, in his official capacity, | ) | |
| *Defendant(s)* | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Village of Key Biscayne
88 West McIntyre Street
Key Biscayne, FL 33149

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Rachel E. Fugate
Shullman Fugate PLLC
100 South Ashley Drive, Suite 600
Tampa, FL 33602
(813) 935-5098
rfugate@shullmanfugate.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date: Jun 25, 2025

Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Micky Quezada*
Deputy Clerk
U.S. District Courts