UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| MIAHMI FOURTH ESTATE, INC., *Plaintiff*, v. VILLAGE OF KEY BISCAYNE, and STEVE WILLIAMSON, Village Manager, *in his official capacity*, *Defendants*. | CASE NO. 1:25-cv-22838 |

MIAMI FOURTH ESTATE, INC.,

    *Plaintiff*,

v.

VILLAGE OF KEY BISCAYNE, and

STEVE WILLIAMSON, Village Manager,
   *in his official capacity*,

    *Defendants*.

CASE NO. 1:25-cv-22838

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Grayson Clary of the Reporters' Committee for Freedom of the Press, 1156 15th St. NW, Suite 1020, Washington DC 20005, (202) 795-9309, for purposes of appearance as co-counsel on behalf of Plaintiff Miami Fourth Estate, Inc. in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Grayson Clary to receive electronic filings in this case, and in support thereof states as follows:

    1.    Grayson Clary is not admitted to practice in the Southern District of Florida and is a member in good standing of the bar of the District of Columbia.

    2.    Movant, Sarah M. Papadelias, Esquire, of the law firm of Shullman Fugate PLLC, 100 S. Ashley Drive, Suite 600, Tampa, FL 33602, (813) 435-1615, is a member in good standing

of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Grayson Clary has made payment of this Court's $250.00 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Grayson Clary, by and through designated counsel and pursuant to Section 2B of the CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Grayson Clary at email address: gclary@rcfp.org.

WHEREFORE, Sarah M. Papadelias moves this Court to enter an Order for Grayson Clary to appear before this Court on behalf of Plaintiff Miami Fourth Estate, Inc. for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Grayson Clary.

Dated: July 1, 2025             Respectfully submitted,

*/s/ Sarah M. Papadelias*
Sarah M. Papadelias (FBN 125098)
100 South Ashley Drive, Suite 600
Tampa, FL  33606
Tel: (813) 435-1615
spapadelias@shullmanfugate.com

*Attorney for Plaintiff Miami Fourth Estate, Inc.*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| MIAMI FOURTH ESTATE, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> VILLAGE OF KEY BISCAYNE, and <br><br> STEVE WILLIAMSON, Village Manager, *in his official capacity*, <br><br> *Defendants*. | CASE NO. 1:25-cv-22838 |

### CERTIFICATION OF GRAYSON CLARY

Grayson Clary, Esquire, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida;  (2) I am a member in good standing of the bar of the District of Columbia and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

*/s/ Grayson Clary*
Grayson Clary
D.C. Bar No. 1735810
1156 15th Street NW, Suite 1020
Washington DC 20005
Tel: (202) 785-9309
gclary@rcfp.org