# EXHIBIT A

| | VILLAGE OF KEY BISCAYNE | | | |
|---|---|---|---|---|
| | *EMPLOYEE POLICIES AND PROCEDURES MANUAL* | | | |
| | CHAPTER | EFFECTIVE DATE | REVISED | PAGE NUMBER |
| | V | November 26, 2024 | | 1 of 1 |
| | TITLE: VILLAGE POLICIES | | | |
| | Section 20: Media Relations Policy | | | |

**Purpose**

The Village of Key Biscayne is committed to informing residents, businesses, and visitors through proactive communication. Recognizing the importance of timely and accurate information, the Village values a strong relationship with the news media to ensure consistent and aligned messaging to the community.

**Policy**

Under the direction of the Village Manager, the Community Engagement and Communications Manager serves as the primary point of contact between the media seeking information and all Village staff.

All media inquiries are to be directed to the Community Engagement and Communications Manager and the respective Department Head without delay. Subject matter experts related to the inquiry should be prepared, with relevant, accurate, and timely information, to work with the Community Engagement and Communications Manager.

Village of Key Biscayne staff will not communicate in any manner with any media entity without the approval of the Village Manager and/or the Community Engagement and Communications Manager.

Media requests that are related to current public safety or emergency incidents may be fielded by either the Fire Rescue or Police Chief. The responses to the requests will be informational in nature and will follow the corresponding department's internal, accredited policy. The requests and responses will be shared with the Community Engagement and Communications Manager for additional follow-up.

Most media responses will be written to ensure clarity and accuracy. Depending on the situation, the response may be addressed verbally or in video form.

**Violation of Media Relations Policy**

The Village of Key Biscayne will enforce strict adherence to this policy. Non-adherence to this policy by staff may result in disciplinary action.