# EXHIBIT B

| | |
|---|---|
| **From:** | Steve Williamson |
| **To:** | Joseph "Joe" Fernandez; Francis Sousa; Jeremy Calleros Gauger; Christopher Miranda; Roland Samimy; Colleen Durfee; Todd Hofferberth; Juan C. Gutierrez; Benjamin Nussbaum, CPA, CGMA, CPPT; Jessica Drouet; Jeremy Calleros Gauger |
| **Cc:** | Daniel Feeney; Jason Younes; Laura Perez; Chad Friedman |
| **Subject:** | Media Policy Suspension |
| **Date:** | Wednesday, July 23, 2025 1:30:22 PM |
| **Attachments:** | image001.png |
| | image002.png |

Team,

As we go through the lawsuit with the *Key Biscayne Independent* regarding our Media Policy, the Village has decided to suspend the policy during the litigation period.  The *Key Biscayne Independent* had indicated their intent to seek an injunction to halt our use of the policy.  To avoid unnecessary legal expenses, acting in the best interest of our taxpayers, the Village Attorney and I have agreed to voluntarily suspend the policy as we make appropriate modifications.

We have in several occasions communicated to the *Key Biscayne Independent* our willingness to work with them to revise the policy to ensure it clearly states that it does not restrict any employees' rights (of course, its intent was never to do so) and that it upholds the First Amendment rights of our residents and the press.

What this means for the staff:
- While the policy is suspended, employees may speak with the media without prior notification of the Communications Manager.
- If you are comfortable speaking with the press, you may do so.
- If you prefer not to engage, please refer the inquiry to Jessica so she can respond or provide guidance.
- In all cases, please notify Jessica of any media interactions so we can continue to track communications in and out of the Village.

Thank you for your cooperation and professionalism as we work through this process.

Sincerely, Steve



**Steven C. Williamson**
Village Manager

e: **swilliamson**@keybiscayne.fl.gov
o: 305-365-5514



Village of Key Biscayne
88 W McIntyre St, Suite 210
Key Biscayne FL, 33149