UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| MIAMI FOURTH ESTATE, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> VILLAGE OF KEY BISCAYNE, <br><br> *Defendant*. | CASE NO. 1:25-cv-22838-EA |

# JOINT SCHEDULING REPORT

Plaintiff Miami Fourth Estate, Inc. and Defendant Village of Key Biscayne (collectively, "the parties"), through their respective undersigned counsel, and pursuant to Fed. R. Civ. P. 26(f) and Local Rule 16.1(b)(2), met and conferred in good faith on September 15, 2025, about all matters required as follows:

A) **The likelihood of settlement**: At this time, the likelihood of settlement is unknown. The parties have engaged in early settlement discussions and will continue to discuss settlement in good faith, as appropriate, throughout the case.

B) **The likelihood of appearance in the action of additional parties**: The appearance of additional parties is unlikely.

C) **Proposed limits on the time to** (i) **join other parties and to amend the pleadings;** (ii) **file and hear motions; and** (iii) **to complete discovery:**

The parties agree this is a Standard Track case and propose the following schedule:

| *Event* | *Proposed Deadline* |
|---|---|
| Initial disclosures due | October 10, 2025 |
| Deadline to join other parties and to amend the pleadings | November 10, 2025 |
| Parties shall select a mediator pursuant to Local Rule 16.2 and schedule a time, date, and place for mediation | December 12, 2025 |
| Parties exchange fact witness lists | February 6, 2026 |
| Fact discovery deadline | May 15, 2026 |

| Expert discovery deadline | June 5, 2026 |
|---|---|
| Deadline for dispositive pre-trial motions and *Daubert* motions | July 17, 2026 |
| Deadline for mediation | August 7, 2026 |
| Deadline to file all pretrial motions and memoranda of law, including motions in *limine* | September 11, 2026 |
| Parties shall submit joint pretrial stipulation and/or proposed findings of fact and conclusions of Law | October 9, 2026 |
| Trial term begins | November 9, 2026 |

D) **Proposals for the formulation and simplification of issues, including the elimination of frivolous claims or defenses, and the number and timing of motions for summary judgment or partial summary judgment**: The parties will continue to work with one another throughout the case on the simplification of issues and the elimination of frivolous claims or defenses. The parties each anticipate that they will file a motion for summary judgment. The Court's rulings on the summary judgment motion(s) may significantly impact the issues, claims, and defenses in this case.

E) **The necessity or desirability of amendments to the pleadings**: At this time, the parties do not anticipate the need for amendment of the pleadings beyond that already done, but request until November 10, 2025 to make that determination.  Should Defendant amend the challenged policy at any time during this action, amendment may be necessary.

F) **The possibility of obtaining admissions of fact and of documents, electronically stored information or things which will avoid unnecessary proof, stipulations regarding authenticity of documents, electronically stored information or things, and the need for advance rulings from the Court on admissibility of evidence**: The parties anticipate that, once discovery commences, they will be able to work cooperatively to stipulate to certain facts, ESI, the authenticity and admissibility of documents, and other foundational facts to avoid unnecessary proof. At this time, the parties are unaware of any need for advance rulings from the court on the admissibility of evidence.

G) **Suggestions for the avoidance of unnecessary proof and of cumulative evidence**: The parties do not have any specific proposals at this time but anticipate that once discovery begins, they will be able to work cooperatively to reach agreements to avoid unnecessary proof and cumulative evidence.

H) **Suggestions on the advisability of referring matters to a Magistrate Judge or master**: At this time, the parties are unable to agree to refer this matter to a magistrate for purposes of trial. However, they will continue to evaluate that possibility as the case progresses. The parties agree to refer this case to the Magistrate Judge for discovery matters only.

I) **A preliminary estimate of the time required for trial**: The parties estimate the need for approximately two (2) days for a bench trial.

J) **Requested date or dates for conferences before trial, a final pretrial conference, and trial**: The parties request that the trial be set to occur during the trial term on November 9, 2026, and that the mandatory Pretrial Conference under Rule 16.1(c) be set sometime during October 2026.

K) **Any issues about: (i) disclosure, discovery, or preservation of electronically stored information, including the form or forms in which it should be produced; (ii) claims of privilege or of protection as trial-preparation materials, including -- if the parties agree on a procedure to assert those claims after production -- whether to ask the court to include their agreement in an order under Federal Rule of Evidence 502; and (iii) when the parties have agreed to use the ESI Checklist available on the Court's website (www.flsd.uscourts.gov), matters enumerated on the ESI Checklist**: The parties anticipate disclosure of ESI in discovery. The parties are not aware of any issues related to the disclosure, discovery, or preservation of ESI, and have no requests for the Court at this time related to ESI. If any party has a specific need for metadata or the production of ESI in any other format, the parties will work together in good faith the resolve those needs without unduly burdening each other or the Court.

L) **Any other information that might be helpful to the Court in setting the case for status or pretrial conference**: None at this time.

Dated: September 25, 2025

/s/ Rachel E. Fugate
Rachel E. Fugate
Florida Bar No. 144029
rfugate@shullmanfugate.com
SHULLMAN FUGATE PLLC
100 South Ashley Drive, Suite 600
Tampa, FL 33602
(813) 935-5098

Grayson Clary*
gclary@rcfp.org
Renee M. Griffin*
rgriffin@rcfp.org
REPORTERS COMMITTEE FOR
FREEDOM OF THE PRESS
1156 15th Street NW, Suite 1020
Washington, DC 20005
(202) 795-9300
*Pro Hac Vice
Counsel for Plaintiff Miami Fourth Estate, Inc.

/s/ Matthew H. Mandel
Matthew H. Mandel (FBN 147303)
mmandel@wsh-law.com
Anne R. Flanigan (FBN 113889)
aflanigan@wsh-law.com
WEISS SEROTA HELFMAN COLE
& BIERMAN, P.L.
200 East Broward Blvd., Suite 1900
Fort Lauderdale, FL 33301
Telephone: 954-763-4242

*Counsel for Defendant Village of Key Biscayne*