UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

MIAMI FOURTH ESTATE, INC.,

    *Plaintiff*,

v.

VILLAGE OF KEY BISCAYNE,

    *Defendant*.

CASE NO. 1:25-cv-22838-EA

## JOINT MOTION TO STAY PROCEEDINGS

Plaintiff Miami Fourth Estate, Inc. and Defendant Village of Key Biscayne (collectively, "the parties"), through their respective undersigned counsel, respectfully move to stay further proceedings in this case to permit the parties to continue discussions that may resolve this matter without the need for further litigation.

1.    On June 24, 2025, Miami Fourth Estate, Inc. ("Plaintiff") filed a complaint challenging a policy of the Village of Key Biscayne ("the Village") that requires prior authorization before Village employees speak to the media. *See* Dkt. 1. On September 11, 2025, Plaintiff filed a First Amended Complaint, the operative pleading in this action. *See* Dkt. 22.

2.    On September 25, 2025, the Village filed an answer to the First Amended Complaint that represents that the challenged policy "has since been suspended." Dkt. 27 ¶ 9.

3.    On September 23, 2025, this Court ordered the parties to brief "whether the plaintiff has standing to bring this action and whether this case is moot." Dkt. 26. Plaintiff's brief in response is currently due on Friday, October 3, 2025. *Id.* The Village's brief is currently due Monday, October 13, 2025. *Id.*

4.      The parties have continued to meet and confer in good faith to explore whether this action can be resolved without the need for further litigation.  On Wednesday, October 1, 2025, counsel for the Village informed counsel for Plaintiff that a resolution formally rescinding the challenged policy will be placed on the agenda at the October 14, 2025 Village Council Meeting for the Council's review and vote.

5.      The result of the Council's vote on October 14 will be relevant to the questions raised in this Court's September 23 order and may substantially narrow the issues in dispute.

6.      The parties therefore respectfully submit that a stay of further proceedings and of the parties' existing briefing deadlines would conserve the resources of the Court and the parties.

7.      The parties further propose that they submit a joint status report within 30 days of the Council's October 14 meeting to address whether the parties have reached an agreement to resolve this case or whether the stay of proceedings should be lifted and briefing deadlines on the issue of subject matter jurisdiction reset.

WHERFORE, for the reasons set forth above, the parties respectfully request that this Court grant this Motion, stay further proceedings in this case, and direct the parties to submit a joint status report within 30 days of the October 14, 2025 Village Council Meeting.

Dated: October 1, 2025

| /s/ *Rachel E. Fugate* | /s/ *Anne R. Flanigan* |
|---|---|
| Rachel E. Fugate | Matthew H. Mandel (FBN 147303) |
| Florida Bar No. 144029 | mmandel@wsh-law.com |
| rfugate@shullmanfugate.com | Anne R. Flanigan (FBN 113889) |
| SHULLMAN FUGATE PLLC | aflanigan@wsh-law.com |
| 100 South Ashley Drive, Suite 600 | WEISS SEROTA HELFMAN COLE |
| Tampa, FL 33602 | & BIERMAN, P.L. |
| (813) 935-5098 | 200 East Broward Blvd., Suite 1900 |
| | Fort Lauderdale, FL 33301 |
| Grayson Clary* | Telephone: 954-763-4242 |
| gclary@rcfp.org | |
| Renee M. Griffin* | |

| | |
|---|---|
| rgriffin@rcfp.org<br>REPORTERS COMMITTEE FOR<br>FREEDOM OF THE PRESS<br>1156 15th Street NW, Suite 1020<br>Washington, DC 20005<br>(202) 795-9300<br>*Pro Hac Vice*<br><br>*Counsel for Plaintiff Miami Fourth Estate, Inc.* | *Counsel for Defendant Village of Key Biscayne* |