UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

MIAMI FOURTH ESTATE, INC.,

    *Plaintiff*,

v.

VILLAGE OF KEY BISCAYNE,

    *Defendant*.

CASE NO. 1:25-cv-22838-EA

## JOINT STATUS REPORT

Plaintiff Miami Fourth Estate, Inc. and Defendant Village of Key Biscayne (collectively, "the parties"), through their respective undersigned counsel, respectfully submit this Joint Status Report "detailing whether the case is settled" in accordance with this Court's October 2, 2025 Order, ECF No. 30.  The parties have been unable to reach a settlement agreement.

Dated: November 13, 2025

| | |
|---|---|
| /s/ Rachel E. Fugate | /s/ Anne R. Flanigan |
| Rachel E. Fugate | Matthew H. Mandel (FBN 147303) |
| Florida Bar No. 144029 | mmandel@wsh-law.com |
| rfugate@shullmanfugate.com | Anne R. Flanigan (FBN 113889) |
| SHULLMAN FUGATE PLLC | aflanigan@wsh-law.com |
| 100 South Ashley Drive, Suite 600 | WEISS SEROTA HELFMAN COLE |
| Tampa, FL 33602 | & BIERMAN, P.L. |
| (813) 935-5098 | 200 East Broward Blvd., Suite 1900 |
| | Fort Lauderdale, FL 33301 |
| Grayson Clary* | Telephone: 954-763-4242 |
| gclary@rcfp.org | |
| Renee M. Griffin* | *Counsel for Defendant Village of Key Biscayne* |
| rgriffin@rcfp.org | |
| REPORTERS COMMITTEE FOR | |
| FREEDOM OF THE PRESS | |
| 1156 15th Street NW, Suite 1020 | |
| Washington, DC 20005 | |
| (202) 795-9300 | |
| *Pro Hac Vice | |

*Counsel for Plaintiff Miami Fourth Estate, Inc.*