UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| MIAMI FOURTH ESTATE, INC. <br><br> Plaintiff, <br><br> v. <br><br> VILLAGE OF KEY BISCAYNE, <br><br> Defendant. | CASE NO. 1:25-cv-22838-EA |

**DECLARATION OF TONY WINTON**

I, Tony Winton, state as follows:

1. I am the President of Miami Fourth Estate, Inc. and the Editor-in-Chief of the Key Biscayne Independent, which is operated by Miami Fourth Estate, Inc. I submit this declaration in support of Plaintiff's Brief in Support of Subject Matter Jurisdiction in the above-captioned case. I have personal knowledge of the matters stated in this declaration.

2. I have worked in journalism for decades, including about 30 years as a reporter for the Associated Press before helping found the Independent.

3. I have lived in the Village of Key Biscayne, which is a small community where everyone knows everyone, since 2003.

4. In 2020, I helped found the Independent, which began publishing that September. The Independent often reports on government accountability issues in the local area. Additional coverage areas include the environment, culture, and education. Our reporting is unique in that we specialize in going behind the scenes of decision-making at the local government level, and we have won numerous awards for our coverage, such as 2023 first-place award for hyperlocal reporting in Florida from the Society of Professional Journalists.

5. In my Editor-in-Chief role at the Independent, I supervise, manage, and edit articles written by other reporters and freelancers, while also reporting stories myself.

6. When I am reporting a story for the Independent, my process for getting started takes a number of different forms. Sometimes I learn of stories by monitoring the published agendas of the government, and sometimes I get tips from readers or government officials. I also monitor things being discussed by Village residents on social media.

7. Sources who are employed by the Village have been particularly important to my own reporting on local government issues, as well as reporting done by other staff at the Independent.

8. Prior to November 26, 2024, reporters at the Independent would communicate with Village employees on a weekly basis, at minimum, and sometimes more often depending on the news.

9. Personally, I spoke to Village staff regularly. Sometimes these interactions were in person; we see some of our sources often at Village Council meetings or out in the community. Sometimes I called them on the phone, either their work or personal number, and sometimes I texted or emailed them. Sometimes they would contact me first. These interactions took place both during and after business hours—even in the middle of the night if news broke then.

10. Many of these conversations were on the record and resulted in published quotes in articles for the Independent, but other times I would speak with Village sources off the record or on background.

11. Sometimes, the off-the-record comments were important tips about things happening behind-the-scenes at the Village; other times, I spoke to a source on background to confirm mundane information we had already gathered elsewhere or clarify the meaning of a

particular agenda item. Sometimes, the conversation would confirm that there was no news to report.

12.   These conversations with Village staff, including directors of various departments and their subordinates, were often friendly and informal, and rarely framed as an official statement to be attributed to the Village itself.

13.   My source relationships with Village staff changed dramatically after November 26, 2024, when the Village enacted a new media relations policy. In effect, most previously reliable Village sources stopped talking to me at all.

14.   I learned of the Village's new policy on December 13, 2024, when Village Manager Steve Williamson told me about it during a text conversation about another issue and then sent it to me by email at my request. The policy was dated November 26, 2024. A true and correct copy of the version that Williamson sent to me is attached as Exhibit 1.

15.   When I read the Gag Policy, I understood it to mean that Village employees could no longer speak with me, the Independent's other reporters, or any media entity without prior approval from the Village Manager or Communications Manager. Based on my experience attempting to speak with Village staff between November 26, 2024, and the temporary suspension of the policy, Village employees understood it the same way and refused to communicate with me directly without preclearance.

16.   Based on my dealings with Williamson, I believe his frustrations with the Independent's accurate reporting about Village government played a role in his decision to implement the Gag Policy.

17.   I received a call from Williamson before the Gag Policy was enacted, on or about November 14, 2024, during which he berated me for publishing a story he did not like about

3

Congresswoman Maria Salazar moving into a condominium before it was granted a certificate of occupancy. The story was reported by John Pacenti. A true and correct copy of the story is attached hereto as Exhibit 2.

18. Williamson insisted that the story was inaccurate and that publishing Salazar's address was a security concern, even though Gauger had confirmed to John Pacenti that the unit was hers and Williamson never told me any specific details that were wrong.

19. About two weeks after that story ran, I understand Williamson enacted the Gag Policy, though I learned of it slightly later.

20. In the months following the implementation of the Gag Policy, many of my professional reporter-source relationships with Village employees ceased to exist. Specific staff whose willingness to speak with me on the record disappeared because of the policy include Eric Lang, former fire chief; Jeremy Gauger, the director of the Village's building, zoning, and planning division; Todd Hofferberth, head of the Village parks and recreation department; and Benjamin Nussbaum, the Village's chief financial officer.

21. Lang, who retired from the Village on May 1, 2025, was one of my most reliable, trusted sources prior to the policy. Our relationship was constructive, and I believe Lang appreciated being able to get the public's attention to a particular subject by talking to me. Sometimes I called him, and sometimes he called me.

22. As fire chief and a longtime member of the community, Lang had important knowledge about happenings in the Village. He would give me both on-the-record information about things that were happening in the Village and off-the-record tips that helped guide future reporting and provided a roadmap for locating information about a topic from other sources.

Sometimes he sent me photos of a particular scene of an incident. On at least one occasion that I can recall, Lang spoke to me to express frustration with other Village officials' actions.

23. Our relationship allowed the Independent to cover stories quickly while the news was still timely. In August 2023, for instance, a car had crashed into an apartment building and authorities temporarily evacuated the building. Lang notified me about this incident without me needing to contact him first, and I was able to go to the scene and speak with Lang directly while the Village's response was still ongoing. I also spoke with Rene Velazco, the island's building official and one of Gauger's subordinates, who provided on-the-record information for the same article. I was able to speak with Lang and Velazco without their receiving clearance in advance from the Village Manager or others in the local government. A true and correct copy of that article is attached hereto as Exhibit 3.

24. Lang was happy to speak with me and others at the Independent about a variety of topics. Prior to November 2024, for instance, he was a guest on the Independent's podcast to speak about potential incoming hurricanes and how to prepare for them. His podcast interview took place well before the Village government issued formal hurricane warnings.

25. Over the years, Lang also spoke with me as a source for articles about specific events, budget items, mental health concerns in the Village, and how teen misbehavior was affecting the Village. None of those conversations required preclearance by the Village Manager or Communications Manager, and none related to official business of the Village fire department or emergency safety information.

26. If Lang was unavailable, we could speak to Marcos Osorio, the former deputy fire chief. I spoke to him several times about a variety of topics for reporting purposes.

27. While the Gag Policy was in effect, however, Eric Lang declined to provide responses to my requests for comment and stopped sending me information proactively.

28. In January 2025, I called Lang and asked if I could talk to him about a spate of suicides in the Village, which had become a major concern of local residents. Lang said he would like to comment, but was unable to talk to me because of the Gag Policy. I asked him to seek clearance from Williamson or the Communications Manager to speak with me about this issue, and he said he would do so, but I never heard back. As a result, I did not speak with Lang about that issue and was unable to get enough information to publish an article on the topic.

29. In May 2025, Lang retired from his position with the Village—and so was no longer bound by the Gag Policy. He had told me earlier that when he was out of Village service, he would be able to say a lot more. After his retirement, he came on the Independent's podcast that same month and talked about his career and public safety challenges in the Village.

30. Prior to November 26, 2024, I also had a professional source relationship with Jeremy Gauger, the director of the Village's building, planning, and zoning department. He was a trusted source for stories about a wide range of issues, including code compliance, traffic, and the Rickenbacker Causeway, which is the sole road connecting the island of Key Biscayne to mainland Miami. These are all issues of significant importance to Village residents.

31. I have Gauger's personal phone number and would occasionally send him a text to talk, without needing to involve other Village officials.

32. As one example, I spoke with Gauger for a story about structural problems in a condominium and the owner who was on a warpath filing complaints with the Village. This conversation didn't require any clearance. A true and correct copy of the article including those comments is attached hereto as Exhibit 4.

6

33. I have not spoken with Gauger since November 26, 2024.

34. In response to one recent public records request, we received a copy of a May 15, 2025 email from Gauger to a resident of Key Biscayne answering a question about a condo development. A true and correct excerpt of that record is attached as Exhibit 5.

35. Another example of a source with whom my relationship was disrupted by the Gag Policy is Todd Hofferberth, the head of the Village parks and recreation department. His job is almost entirely operational, from what I know; he does not generally act as a spokesman. But I used to call and text him to get quick answers to questions about the community center or events he was running, which helped me cover those events and parks activities for the Independent. As an example, on December 12, 2023, I sent him a text after business hours asking about a budget for a concert and he answered within about 90 minutes. A true and correct copy of that text exchanged is attached hereto as Exhibit 6.

36. While the Gag Policy was in effect, Hofferberth refused to speak with me too. For example, on July 3, 2025, I asked him how possible rain would affect the Village's plans for holding the Fourth of July fireworks event. He declined to provide any information and told me to instead contact Jessica Drouet, the Communications Manager, or Williamson. A true and correct copy of that text exchanged is attached hereto as Exhibit 7. In the end, I was unable to get information from Drouet or Williamson in time for publication on the Fourth.

37. Benjamin Nussbaum is the chief financial officer for the Village and was another important source for my reporting prior to November 2024. Before the Gag Policy, I would frequently contact Nussbaum directly to make sure I fully understood a particular budget item or confirm that we at the Independent were doing the math correctly in reporting on Village

finances. I also walked up to Nussbaum at Village Council meetings to ask him questions about Village finances on multiple occasions.

38. In each instance, Nussbaum freely answered my questions, before or after business hours. Overall, Nussbaum became a sort of teacher to me about municipal finances. My conversations with him over the past several years greatly aided my reporting.

39. But that, too, stopped while the Gag Policy was in effect. In June 2025, I reached out to Benjamin Nussbaum with a question about the recent budget. He told me that he would need to get Williamson's approval before we would be able to have a call.

40. Overall, the Gag Policy slowed down the Independent's ability to report and share information before it was temporarily suspended. I and my colleagues used to be able to get quick answers on simple questions from a number of different staff members employed by the Village. Under the Gag Policy, we had to use other methods like public records requests, which take much longer, or attending public meetings, where we might not learn all the information we need. Sometimes, we simply never got our questions answered.

41. Just as importantly, the policy chilled the ability of officials to call me proactively and give me a tip or other information. That did not happen once while the Gag Policy was in effect.

42. The Independent of course still operates and covers the news. But the Gag Policy greatly impaired our ability to do so.

43. I learned from the Village that the Gag Policy had been temporarily suspended through the course of this litigation.

44. On July 28, 2025, I sent a public records request to the Village for "a copy of and all emails sent by the Village manager in the past 30 days pertaining to the Village's Media

Policy and/or the *Key Biscayne Independent*." A true and correct copy of that email is attached hereto as Exhibit 8.

45. On August 12, 2025, I sent the Village a reminder that they had not yet fulfilled our public records request.

46. On August 15, 2025, John Pacenti spoke to Village spokeswoman Jessica Drouet to ask if the Gag Policy was still in effect, and was told that it had been suspended. On August 18, the Independent published a story about the suspension. A true and correct copy of that story is attached hereto as Exhibit 9.

47. On August 21, 2025, the Village responded to our public records request and provided us an email that Williamson had sent to other Village officials on July 23, 2025, saying that the "Village has decided to suspend the policy during the litigation period." A true and correct copy of that email is attached hereto as Exhibit 10.

48. After the Village temporarily suspended the Gag Policy in July, communications with Chief Financial Officer Benjamin Nussbaum returned to our previous dynamic. For a story on the Key Biscayne budget, Nussbaum promptly set aside time for me to answer questions without preclearance, as he had done prior to the implementation of the Gag Policy. A true and correct copy of that story is attached hereto as Exhibit 11.

49. On October 10, 2025, the Village published a draft resolution related to the Gag Policy. A true and correct copy of that email is attached hereto as Exhibit 16.

50. The October 10 draft resolution stated that "on October 8, 2025, the Village Manager rescinded the Media Policy." Ex. 16. I have reviewed a copy of the October 8 memorandum rescinding the Gag Policy, a true and correct copy of which is attached as Exhibit 17.

51. On November 18, 2025, the Village Council voted on and approved a new resolution related to the Gag Policy, which differed only slightly from the October 10 draft. A true and correct copy of the final resolution published by the Village prior to the vote is attached hereto as Exhibit 18.

52. At the November 18 Council meeting, the resolution was placed on the "consent" agenda and so the Council did not hold public discussion or debate regarding the language of the resolution or the reasons behind the rescission of the Gag Policy.

53. Many source relationships remain damaged by the Gag Policy today. When John Pacenti has tried to approach former sources at Village Council meetings, we get the cold shoulder.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 21 day of November, 2025 in Key Biscayne, FL.

_____
Tony Winton