**Section 3.03. Powers and duties of the Village Manager.**

The Manager shall:

(1) Be responsible for the appointment, supervision and removal of all Village employees;

(2) Direct and supervise the administration of all departments and offices but not Village boards or agencies, unless so directed by the Council from time to time;

(3) Attend all Council meetings except when excused by the Council and shall participate in discussion but not have the right to vote;

(4) See that all laws, provisions of this Charter and acts of the Council, subject to enforcement and/or administration by him/her or by officers subject to his/her direction and supervision, are faithfully executed;

(5) Prepare and submit to the Council a proposed annual budget and capital program;

(6) Submit to the Council and make available to the public an annual report on the finances and administrative activities of the Village as of the end of each fiscal year;

(7) Prepare such other reports as the Council may require concerning the operations of Village departments, offices, boards and agencies;

(8) Keep the Council fully advised as to the financial condition and future needs of the Village and make such recommendations to the Council concerning the affairs of the Village as s/he deems to be in the best interests of the Village;

(9) Execute contracts, deeds and other documents on behalf of the Village as authorized by the Council; and

(10) Perform such other duties as are specified in this Charter or as may be required by the Council.

(Ord. No. 92-18, § 1, 8-11-92/11-3-92; Res. No. 97-15, 4-1-97/6-10-97)

**Section 4.02. Prohibitions.**

(a) *Appointment[s] and removals.* Neither the Council nor any of its members shall in any manner dictate the appointment or removal of any Village administrative officers or employees whom the Manager or any of his/her subordinates is empowered to appoint, but the Council may express its views and fully and freely discuss with the Manager anything pertaining to appointment and removal of such officers and employees.

(b) *Interference with administration.* Except for the purpose of inquiries and investigations made in good faith, the Council or its members shall deal with Village officers and employees who are subject to the direction and supervision of the Manager solely through the Manager, and neither the Council nor its members shall give orders to any such officer or employee, either publicly or privately. It is the express intent of this Charter that recommendations for improvement in Village government operations by individual Council Members be made solely to and through the Manager. No individual Council Member shall give orders to the Manager.

(c) *Holding other office.* No elected Village official shall hold any appointive Village office or employment while in office. No former elected Village official shall hold any compensated appointive Village office or employment until one (1) year after the expiration of his/her term.

(Ord. No. 92-18, § 1, 8-11-92/11-3-92; Res. No. 97-15, 4-1-97/6-10-97)