UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:25-cv-22838-EA

MIAMI FOURTH ESTATE, INC.,

    Plaintiff,

v.

VILLAGE OF KEY BISCAYNE, and
STEVE WILLIAMSON, Village Manager,
in his official capacity,

    Defendants.
_____/

## **DECLARATION OF STEVEN WILLIAMSON**

I, Steve Williamson, hereby declare as follows, pursuant to 28 U.S.C. § 1746:

1. I am over the age of eighteen (18), and I have personal knowledge of the facts contained herein.

2. At all times material hereto, I have been employed by the Village of Key Biscayne as the Village Manager.

3. On November 26, 2024, I instated the Media Relations Policy to facilitate the accurate and timely dissemination of Village information from staff to the press.

4. The policy was developed to manage media interactions following high profile events that took place within the Village. The Media Relations Policy was specifically developed to address all media relationships.

5. Prior to the enactment and subsequent recission of the Media Relations Policy, the Village Council had never spoken on whether the Village should have a media relations policy.

6. Not until May 23, 2025, did Plaintiffs – through counsel – contact the Village via email to challenge the policy and engaged in on-going discussions to revise the policy.

7. On July 23, 2024, I suspended the Media Relations Policy.

8. Following the suspension, I engaged in substantial deliberation regarding the merits of the Media Relations Policy moving forward, which included hours of analysis with staff, including the Village Attorney.

9. As a result of the substantial deliberation, I rescinded the Media Relations Policy on October 8, 2025.

10. On November 18, 2025, the Village Council passed Resolution 2025-54, which states that "the Village Council supports the Manager's decision to rescind the [Media Relations P]olicy and expresses its intent not to have a minding media policy." Resolution 2025-54, Ex. G.

11. The Village Council did not rescind the Media Relations Policy via resolution or ordinance because, pursuant to the Village Charter, direction and supervision of staff is within solely my purview as the Village Manager. Rather, Resolution 2025-54 ratified and supported my decision to rescind the Media Relations Policy, which is the first time the Village Council has opined on the staff communications with the media.

12. I have no intention of reenacting the challenged Media Relations Policy or enacting any other policies, binding or otherwise, regarding staff communications with the media.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the __9__ date of December, 2025.

Print Name: _Steven C. Williamson_

Sign Name: _[signature]_

2

WEISS SEROTA HELFMAN COLE & BIERMAN, P.L.