

# Village of Key Biscayne

# PUBLIC NOTICE

Notice is hereby given that an
Executive Session
is scheduled to discuss
Miami Fourth Estate, Inc. v. Village of Key Biscayne, and Steven Williamson, Village Manager, in his official capacity, in the United States District Court of the Southern District of Florida, Case No. 1:25-cv-22838-JEM, present during the session will be
Village Councilmembers, Village Manager Steven C. Williamson, and the following Village Attorneys from
Weiss Serota Helfman Cole & Bierman:
Chad Friedman, Matthew Mandel, and Anne Flanigan

on Monday, September 29, 2025 at 5:15 p.m.

Village Council Chamber, 560 Crandon Boulevard (rear of Fire Rescue Station), Key Biscayne, FL 33149

Posted July 31, 2025, revised September 5, 2025, revised Sept. 15, 2025

Village Clerk Jocelyn B. Koch, CMC