RESOLUTION NO. <u>2025-54</u>

**A RESOLUTION OF THE VILLAGE COUNCIL OF THE VILLAGE OF KEY BISCAYNE, FLORIDA, SUPPORTING THE VILLAGE MANAGER'S DECISION TO RESCIND THE MEDIA POLICY AND PROVIDING ITS INTENT THAT THE VILLAGE NOT HAVE A BINDING MEDIA POLICY.**

**WHEREAS,** pursuant to Section 3.01 of the Village of Key Biscayne (the "Village") Charter, the Village Manager is the chief administrative officer of the Village and is responsible for the administration of Village affairs; and

**WHEREAS,** on November 26, 2024, the Village Manager amended the Employee Policies and Procedures Manual to include a media relations policy, attached as Exhibit "A" (the "Media Policy"); and

**WHEREAS,** on October 8, 2025, the Village Manager rescinded the Media Policy; and

**WHEREAS,** the Village Council supports the Village Manager's rescission of the Media Policy and it is the Village Council's intent not to have a binding media policy; and

**WHEREAS,** the Village Council supports the Village Manager in his efforts to ensure such clarity in messaging and promoting efficiency in the services that the Village provides to the public, which also promotes transparent government and ensures that the First Amendment rights of Village employees and citizens are respected; and

**WHEREAS,** the Village Council finds that this Resolution is in the best interest and welfare of the Village and its residents.

**NOW, THEREFORE, BE IT RESOLVED BY THE VILLAGE COUNCIL OF THE VILLAGE OF KEY BISCAYNE, FLORIDA, AS FOLLOWS:**

<u>Section 1.</u>   <u>Recitals.</u> That the above recitals are true and correct and incorporated herein by this reference.

<u>Section 2.</u>   <u>Affirming the Recission of the Media Policy.</u> That the Village Council supports the Manager's decision to rescind the policy and expresses its intent to not have a binding media policy.

**Section 3.**  **Effective Date.** That this Resolution shall take effect immediately upon adoption.

PASSED and ADOPTED this _____ 18th day of November, 2025.

JOE I. RASCO, MAYOR

ATTEST:

JOCELYN B. KOCH
VILLAGE CLERK

APPROVED AS TO FORM AND LEGAL SUFFICIENCY:

WEISS SEROTA HELFMAN COLE & BIERMAN, P.L.
VILLAGE ATTORNEY