**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

**CASE NO. 1:25-cv-22838-EA**

**Miami Fourth Estate, Inc.,**

    Plaintiff,

v.

**Village of Key Biscayne,**

    Defendant.

_____/

**ORDER AUTHORIZING JURISDICTIONAL DISCOVERY**

This cause comes before the Court on the Court's sua sponte order for the parties to brief the plaintiff's standing and mootness [ECF No. 32]. In its brief, the plaintiff requests that the Court authorize jurisdictional discovery if the Court concludes that there are contested facts as to these issues. ECF No. 33. In response, the defendant argues that the declaratory and injunctive relief the plaintiff seeks is moot based on the evidence the defendant attached to its brief but that discovery is warranted as to whether the plaintiff has standing to seek nominal damages. ECF No. 39.

The Court concludes that discovery is warranted on both issues—standing and mootness. *See Eaton v. Dorchester Dev., Inc.*, 692 F.2d 727, 730 (11th Cir. 1982) ("We hold that the district court's dismissal for lack of subject matter jurisdiction was premature. Plaintiff must be given an opportunity to develop facts sufficient to support a determination on the issue of jurisdiction.").

Therefore, it is **ORDERED AND ADJUDGED**:

1. The parties shall complete discovery on the issues of standing and mootness on or by February 17, 2026.

2. The plaintiff shall file its brief on standing and mootness on or by March 3, 2026.

3. The defendant shall file a response on or by March 17, 2026.

4. The plaintiff may file a reply. Such reply shall be due on or by March 31, 2026.

**ORDERED** in Chambers in West Palm Beach, Florida, this 19th day of December 2025.

*Ed Artau*
_____
ED ARTAU
UNITED STATES DISTRICT JUDGE

CC:

**Grayson Clary**
Reporters Committee For Freedom of the Press
1156 15th Street NW, Suite 1020
Washington, DC 20005
202-795-9309
Email: gclary@rcfp.org

**Renee M. Griffin**
Reporters Committee For Freedom of the Press
1156 15th Street NW, Suite 1020
Washington, DC 20005
202-795-9309
Email: rgriffin@rcfp.org

**Rachel Elise Fugate**
Shullman Fugate PLLC
Suite 4006
2101 Vista Parkway
West Palm Beach, FL 33411
813-935-5098
Email: rfugate@shullmanfugate.com

**Matthew Harris Mandel**
Weiss Serota Helfman Pastoriza et al
200 E Broward Boulevard
Suite 1900
Fort Lauderdale, FL 33301
954-763-4242
Fax: 954-764-7770
Email: mmandel@wsh-law.com

**Anne Reilly Flanigan**
Weiss Serota Helfman Cole , Bierman, P.L.

2525 Ponce de Leon Blvd.
Suite 700
CORAL GABLES, FL 33134
305-854-0800
Fax: 305-854-2323
Email: areilly@wsh-law.com