UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 1:25-cv-22838-EA

**Miami Fourth Estate, Inc.,**

    Plaintiff,

v.

**Village of Key Biscayne,**

    Defendant.

_____/

## **SCHEDULING ORDER**

This cause comes before the Court on the parties' joint scheduling report [25]. Placing this case on the standard track, it is **ORDERED AND ADJUDGED**:

1. Joinder of any additional parties and filing of motions to amend the complaint shall be completed by February 23, 2026.

2. The parties shall attend a settlement conference with the assigned Magistrate Judge by February 17, 2026.

3. Fact discovery shall be completed by July 31, 2026.

4. Expert discovery shall be completed by July 31, 2026.

5. Selection of a mediator pursuant to Local Rule 16.2 and the scheduling of mediation shall be completed by January 20, 2026.

6. Disclosure of fact witness list shall be completed by March 18, 2026.

7. Disclosure of experts, expert witness summaries, and reports as required by Federal Rule of Civil Procedure 26(a)(2) shall be completed by March 18, 2026.

8. Exchange of rebuttal expert witness summaries and reports as required by Federal Rule of Civil Procedure 26(a)(2) shall be completed by April 17, 2026.

9. Mediation, other than the settlement conference with the assigned Magistrate Judge, shall be completed by August 20, 2026. A mediation report shall be filed with the Court by August 27, 2026.

10. All non-dispositive pretrial motions and memoranda of law, including motions in limine, shall be filed by September 21, 2026.

11. All dispositive motions, including those regarding summary judgment, and *Daubert* motions, shall be filed by September 21, 2026.

12. Joint pretrial stipulation, proposed findings of fact and conclusions of law, proposed jury instructions, and proposed verdict forms shall be filed by October 9, 2026.

13. Pretrial Conference shall be held at 1:30 pm on October 14, 2026, in West Palm Beach.

14. Calendar Call shall be held at 1:30 pm on November 12, 2026, in West Palm Beach.

15. Trial shall be held during the two-week trial period beginning November 16, 2026, in West Palm Beach.

**ORDERED** in Chambers in West Palm Beach, Florida, this 19th day of December 2025.

_____
ED ARTAU
UNITED STATES DISTRICT JUDGE

CC:

**Grayson Clary**
Reporters Committee For Freedom of the Press
1156 15th Street NW, Suite 1020
Washington, DC 20005
202-795-9309
Email: gclary@rcfp.org

**Renee M. Griffin**
Reporters Committee For Freedom of the Press
1156 15th Street NW, Suite 1020
Washington, DC 20005
202-795-9309
Email: rgriffin@rcfp.org

**Rachel Elise Fugate**
Shullman Fugate PLLC
Suite 4006
2101 Vista Parkway
West Palm Beach, FL 33411
813-935-5098
Email: rfugate@shullmanfugate.com

**Matthew Harris Mandel**
Weiss Serota Helfman Pastoriza et al
200 E Broward Boulevard
Suite 1900
Fort Lauderdale, FL 33301
954-763-4242
Fax: 954-764-7770
Email: mmandel@wsh-law.com

**Anne Reilly Flanigan**
Weiss Serota Helfman Cole , Bierman, P.L.
2525 Ponce de Leon Blvd.
Suite 700
CORAL GABLES, FL 33134
305-854-0800
Fax: 305-854-2323
Email: areilly@wsh-law.com