UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 1:25-cv-22838-EA

**Miami Fourth Estate, Inc.,**

    Plaintiff,

v.

**Village of Key Biscayne,**

    Defendant.

_____/

## ORDER GRANTING JOINT MOTION TO MODIFY SCHEDULING ORDERS

This cause comes before the Court on the parties' joint motion to modify scheduling orders [ECF No. 44].

This Court previously ordered jurisdictional discovery to be completed by February 17, 2026, and for subsequent briefing on the issues of the plaintiff's standing and mootness. ECF No. 42. The Court also ordered regular fact and expert discovery to be completed by July 31, 2026, and dispositive motions, including motions for summary judgment, to be filed by September 21, 2026. ECF No. 43.

The parties now move to modify these scheduling orders in order for all discovery to be completed by July 31, 2026, and for the issues of standing and mootness to be addressed in the summary judgment motions filed by September 21, 2026, because "[t]he Parties anticipate that jurisdictional discovery in this case will overlap substantially with discovery on the merits[.]" ECF No. 44 ¶ 3.

Therefore, it is **ORDERED AND ADJUDGED**:

1. The joint motion to modify scheduling orders [ECF No. 44] is **GRANTED**.

2. The Court's prior order authorizing jurisdictional discovery is **SET ASIDE**.

3. Jurisdictional discovery shall be completed on or by **July 31, 2026**.

4. The parties shall address the issues of standing and mootness in their respective summary judgment motions.

5. This order shall not be construed as modifying any other deadlines in the scheduling order [ECF No. 43].

**ORDERED** in Chambers in West Palm Beach, Florida, this 8th day of January 2026.



ED ARTAU
UNITED STATES DISTRICT JUDGE

CC:

**Grayson Clary**
Reporters Committee For Freedom of the Press
1156 15th Street NW, Suite 1020
Washington, DC 20005
202-795-9309
Email: gclary@rcfp.org

**Renee M. Griffin**
Reporters Committee For Freedom of the Press
1156 15th Street NW, Suite 1020
Washington, DC 20005
202-795-9309
Email: rgriffin@rcfp.org

**Rachel Elise Fugate**
Shullman Fugate PLLC
Suite 4006
2101 Vista Parkway
West Palm Beach, FL 33411
United Sta
813-935-5098
Email: rfugate@shullmanfugate.com

**Matthew Harris Mandel**
Weiss Serota Helfman Pastoriza et al
200 E Broward Boulevard
Suite 1900
Fort Lauderdale, FL 33301
954-763-4242
Fax: 954-764-7770
Email: mmandel@wsh-law.com

**Anne Reilly Flanigan**
Weiss Serota Helfman Cole, Bierman, P.L.
2525 Ponce de Leon Blvd.
Suite 700
CORAL GABLES, FL 33134
305-854-0800
Fax: 305-854-2323
Email: areilly@wsh-law.com