UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:25-cv-22838-EA

MIAMI FOURTH ESTATE, INC.,

    Plaintiff,

v.

VILLAGE OF KEY BISCAYNE,

    Defendant.
_____/

## NOTICE OF APPEARANCE

NOTICE IS HEREBY GIVEN that Amanda Pulido enters her appearance as additional counsel of record on behalf of Defendant Village of Key Biscayne, in the above-styled cause, and requests that all future pleadings, correspondence and other documentation be directed to her at the address below.

DATED:    January 13, 2026

                                          Respectfully submitted,

                                          */s/  Amanda Pulido*
                                          Matthew H. Mandel (FBN 147303)
                                          mmandel@wsh-law.com
                                          lbrewley@wsh-law.com
                                          Anne R. Flanigan (FBN 113889)
                                          aflanigan@wsh-law.com
                                          pgrotto@wsh-law.com
                                          Amanda A. Pulido (FBN 1039122)
                                          apulido@wsh-law.com
                                          lbrewley@wsh-law.com
                                          WEISS SEROTA HELFMAN
                                          COLE & BIERMAN, P.L.
                                          200 East Broward Blvd., Suite 1900
                                          Fort Lauderdale, FL  33301
                                          Telephone: 954-763-4242 | Fax: 954-764-7770

                                          *Counsel for Defendant*