UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

MIAMI FOURTH ESTATE, INC.,

        *Plaintiff*,

v.

                                 CASE NO. 1:25-cv-22838-EA

VILLAGE OF KEY BISCAYNE,

        *Defendant*.

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Miami Fourth Estate, Inc. and Defendant Village of Key Biscayne (collectively,

"the parties"), through their respective undersigned counsel, being all of the parties to this action,

jointly stipulate and agree pursuant to Rule 41(a) of the Federal Rules of Civil Procedure that this

action, and each and every count and claim asserted therein, be dismissed with prejudice.

Dated: March 20, 2026

/s/ *Rachel E. Fugate*
Rachel E. Fugate
Florida Bar No. 144029
rfugate@shullmanfugate.com
SHULLMAN FUGATE PLLC
100 South Ashley Drive, Suite 600
Tampa, FL 33602
(813) 935-5098

Grayson Clary*
gclary@rcfp.org
Renee M. Griffin*
rgriffin@rcfp.org
REPORTERS COMMITTEE FOR
FREEDOM OF THE PRESS
1156 15th Street NW, Suite 1020
Washington, DC 20005
(202) 795-9300
*Pro Hac Vice*

*Counsel for Plaintiff Miami Fourth Estate, Inc.*

/s/ *Anne R. Flanigan*
Matthew H. Mandel (FBN 147303)
mmandel@wsh-law.com
Anne R. Flanigan (FBN 113889)
aflanigan@wsh-law.com
WEISS SEROTA HELFMAN COLE
& BIERMAN, P.L.
200 East Broward Blvd., Suite 1900
Fort Lauderdale, FL 33301
Telephone: 954-763-4242

*Counsel for Defendant Village of Key Biscayne*