**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 1:25-cv-22838-EA**

**Miami Fourth Estate, Inc.,**

      Plaintiff,

v.

**Village of Key Biscayne,**
**Et al.,**

      Defendants.

_____/

## ORDER CLOSING CASE

This cause comes before the Court on the parties' joint stipulation of dismissal with prejudice

[ECF No. 55]. Therefore, it is **ORDERED AND ADJUDGED**:

1. The complaint [ECF No. 1] is **DISMISSED WITH PREJUDICE**.

2. This **CASE IS CLOSED**.

3. All pending motions are **DENIED AS MOOT**, and all deadlines are **TERMINATED**.

    **ORDERED** in Chambers in West Palm Beach, Florida, this 23rd day of March 2026.


_____
ED ARTAU
UNITED STATES DISTRICT JUDGE

Copies Served:

**Grayson Clary**
Reporters Committee For Freedom of the Press
1156 15th Street NW, Suite 1020
Washington, DC 20005
202-795-9309
Email: gclary@rcfp.org

**Renee M. Griffin**
Reporters Committee For Freedom of the Press
1156 15th Street NW, Suite 1020
Washington, DC 20005
202-795-9309
Email: rgriffin@rcfp.org

**Rachel Elise Fugate**
Shullman Fugate PLLC
Suite 4006
2101 Vista Parkway
West Palm Beach, FL 33411
United Sta
813-935-5098
Email: rfugate@shullmanfugate.com

**Matthew Harris Mandel**
Weiss Serota Helfman Pastoriza et al
200 E Broward Boulevard
Suite 1900
Fort Lauderdale, FL 33301
954-763-4242
Fax: 954-764-7770
Email: mmandel@wsh-law.com

**Amanda Ann Pulido**
200 E Broward Blvd
Ste 1900
Fort Lauderdale, FL 33301
(954) 763-4242
Email: apulido@wsh-law.com

**Anne Reilly Flanigan**
Weiss Serota Helfman Cole , Bierman, P.L.
2525 Ponce de Leon Blvd.
Suite 700
CORAL GABLES, FL 33134
305-854-0800
Fax: 305-854-2323
Email: areilly@wsh-law.com

2